JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division Assistant United States Attorney
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 415-977-8985
    Facsimile: 415-744-0134
    E-mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY R. LUEST,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 2:25-cv-00434-BFM<br><br>[PROPOSED]<br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 24, 2025

                            HON. BRIANNA FULLER MIRCHEFF
                            UNITED STATES MAGISTRATE JUDGE